Brian N. Gurwitz (State Bar No. 171862)
The Law Office of Brian Gurwitz, APC
1422 Edinger Avenue, Suite 100
Tustin, California 92780
Phone: (714) 880-8800
Fax: (714) 880-8801
Brian@gurwitzlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | No. 5:23-cr-00171-SSS |
| Plaintiff, | **Unopposed** **Application to Modify Condition of Pretrial Supervision** |
| vs. | |
| **Paul John Gollogly,** | |
| Defendant. | |

The conditions of Mr. Gollogly's pretrial supervision preclude him from having contact with any non-family potential witnesses.

Assistant United States Attorney Julian Nam has informed the undersigned that a potential witness is Estelle Jaurequi, a very close family friend to Mr. Gollogly and his wife. Mr. Gollogly wishes to have contact with her.

Mr. Nam has informed counsel that he would not object to a modification to the terms of release to include an exception to the no-contact rule, specifically providing: "Mr. Gollogy may have contact with Estelle Jaurequi, though he may not discuss the case with her."

Mr. Gollogly respectfully requests that the terms of his supervision be modified in that fashion.

Dated this 12th day of October 2023.

          The Law Office of Brian Gurwitz, APC

*/s/ Brian N. Gurwitz*
Brian N. Gurwitz
Counsel for Paul Gollogly