UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 5:23-cr-00171-SSS                                                          Date: October 13, 2023

Present: The Honorable Sunshine Suzanne Sykes, ☑ District Judge / ☐ Magistrate Judge

| Irene Vazquez | RS-CS-2 10/13/23 | N/A | Courtney Williams |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Paul John Gollogly
☐ Custody  ☑ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Brian N. Gurwitz
☐ Appointed  ☑ Retained

☐ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One (1) of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to Friday, January 19, 2024, at 9:00 a.m. for sentencing.
☐ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☑ Court orders:
    Defendant to appear at the Sentencing without further notice or order of the Court.

☑ Other: Court addresses defendant's unopposed application to modify condition of pretrial supervision, Dkt. 18. Court grants the application and directs counsel to submit a proposed order. A modified Bond (CR-1) will be filed separately.

                                                                                                    00  :  46

                                                        Initials of Deputy Clerk  iv

cc:  Probation Office