1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   SEAN D. PETERSON (Cal. Bar No. 274263)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 10th Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6930
        Facsimile: (951) 276-6202
7       E-mail:    sean.peterson2@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 23-171-SSS |
|---|---|
| Plaintiff, | NOTICE THAT THE UNITED STATES WILL NOT SEEK AN ORDER OF CRIMINAL FORFEITURE IN THIS CASE |
| v. |  |
| PAUL JOHN GOLLOGLY, |  |
| Defendant. |  |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States

//
//
//

Attorney Sean D. Peterson, hereby provides notice that it will not seek an order of criminal forfeiture in this case.

Dated: January 26, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/
SEAN D. PETERSON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA